# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRANCE WINN

VERSUS

HONEYWELL INTERNATIONAL,
INC. AND XL INSURANCE
AMERICA, INC.

NO.   2025 CW 0438

**JULY 14, 2025**

---

In Re:   Honeywell International, Inc. and XL Insurance America,
Inc., applying for supervisory writs, Office of Workers'
Compensation, District 5, No. 23-04465.

---

BEFORE:   **HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT